McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERT GALINDO JR.,<br><br>        Defendant. | Case No. 1:18-po-00224-SAB<br><br>[Citations #6044146, #6044147, #6044148 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

     The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00224-SAB [Citations #6044146, #6044147, #6044148 CA/74] against ALBERT GALINDO JR. without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 21, 2018             Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                 By:    /s/ Gary M. Leuis
                                    GARY M. LEUIS
                                    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00224-SAB [Citations #6044146, #6044147, #6044148 CA/74] against ALBERT GALINDO JR. be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **September 24, 2018**

_____

UNITED STATES MAGISTRATE JUDGE